**Opinion issued January 14, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-25-00018-CV

———————————————

### IN RE CHENG-CHING LIN A/K/A JOSIE LIN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Cheng-Ching Lin, also known as Josie Lin, filed a petition for writ of mandamus challenging two trial court orders, dated January 8, 2025, including an "Order Granting Motion to Compel" in favor of real party in interest, Eastern JV Holdings, LLC, in its individual capacity and derivately on behalf of United Max Katy II, LLC ("Eastern"), as well as an "Order Granting Motion to Compel" in favor

of real parties in interest, Peter Hsieh and Karen Hsieh.[1]  Relator further asserted that the trial court erred by refusing to rule on relator's "Opposed Motion for Continuance of January 8, 2025 Hearing on [Eastern's] Expedited Motion to Compel Production of Company Documents and Books and Records" and relator's "Motion for Protection from [Eastern's] First Request for Production to [Relator]."

Relator requested that this Court grant her petition for writ of mandamus and direct the trial court to vacate the trial court's January 8, 2025 discovery orders.

In connection with her mandamus petition, relator also filed an "Emergency Motion for Temporary Relief."  In her motion, relator requested that the Court stay enforcement of the trial court's January 8, 2025 discovery orders pending this Court's consideration of her petition for writ of mandamus.

We conclude that relator has failed to establish she is entitled to mandamus relief, and therefore, the Court denies relator's petition for writ of mandamus and her "Emergency Motion for Temporary Relief."  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.

---

[1]    The underlying case is *Eastern JV Holdings, LLC, in its individual capacity and derivatively on behalf of United Max Katy II, LLC v. Cheng-Ching Lin, also known as Josie Lin*, Cause No. 2024-63354, in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding.